**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:18-cv-139-DCR**
*Filed Electronically*

**In re: 1671 Lum Strunk Road, Strunk, KY 42649**

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

KIMBERLY STEPHENS, ET AL                                              DEFENDANTS

### ENTRY OF DEFAULT

\*\*\*\*\*\*\*\*\*

It appearing that the Complaint herein was filed on April 27, 2018; the Defendants, Kimberly Stephens, and the Unknown Spouse of Kimberly Stephens, have been served via Warning Order Attorney, and Defendant Federal Home Loan Bank of Cincinnati, has been served via certified mail, and that no answer or other pleading has been filed by said defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Kimberly Stephens, the Unknown Spouse of Kimberly Stephens, and Federal Home Loan Bank of Cincinnati, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the  29th  day of     August      2018.

                                        ROBERT R. CARR
                                        U. S. DISTRICT COURT CLERK

                                 By:    Renee B. Bundy
                                        Deputy Clerk